In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-444 CV


____________________



IN THE INTEREST OF A.M., JR., AND J.B.






On Appeal from the 279th District Court


Jefferson County, Texas


Trial Cause No. F-192534






 MEMORANDUM OPINION 


 In an "Agreed Motion to Vacate Judgment and Return to Trial Court to Enter
Proper Judgment," the parties ask this Court to remand the case to the trial court for entry
of a judgment containing specific times, dates, and locations for appellant's access and
visitation with the children. The Court finds the motion complies with Tex. R. App. P.
42.1(a)(2). 

 It is, therefore, ORDERED that the judgment of the trial court is vacated and the
cause is remanded to the 279th District Court of Jefferson County, Texas, for further
proceedings regarding the entry of a judgment that includes specific provisions for access
and visitation.

 VACATED AND REMANDED.


 ___________________________

 HOLLIS HORTON

 Justice



Opinion Delivered October 19, 2006 

Before Gaultney, Kreger, and Horton, JJ.